468 A.2d 855

Commonwealth v. Thomas, Appellant.

Submitted October 11, 1983. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

620

Before SPAETH, President Judge, MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, filed a memorandum concurring statement.